and Merrell, J., dissent and vote to reverse and deny the motion, on the authority of *Goldin* v. *Malone Dairy Co., Inc.* (209 App. Div. 341).

CHARLES H. MORRIS and Others, Respondents, v. DAVID A. SCHULTE and Others, Appellants, Impleaded with Others. (Consolidated Actions.) — Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

MARY ELLEN STEINREICH, Respondent, v. KENNETH P. STEINREICH, Appellant. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.; Merrell, J., dissents and votes to reverse and deny the motion.

ELINORE I. VAN SWERINGEN, Respondent, v. LONGCHAMPS, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Townley and Glennon, JJ.

GOTHAM MUSIC SERVICE, INC., and MILLS MUSIC, INC., Respondents, v. DENTON AND HASKINS MUSIC PUBLISHING CO., INC., Defendant. ABNER GREENBERG, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Townley and Glennon, JJ.

MICHAEL BOWEN, Respondent, v. STUYVESANT NESTOR CO., INC., a Domestic Corporation, Defendant, Impleaded with SCHARLIN MOTOR CORPORATION, a Domestic Corporation, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, Townley and Glennon, JJ.

MORGAN S. KAUFMAN and LAMBERT J. FOULK, as Receivers of S. W. STRAUS INVESTING CORPORATION, Appellants, v. MANUFACTURERS TRUST COMPANY, Respondent, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Townley and Glennon, JJ.

JOHN HOHENSTEINER, on His Own Behalf and on Behalf of All Members of the Brotherhood of Painters, Decorators and Paper Hangers of America Who Are Within the Jurisdiction of Brotherhood of Painters, Decorators and Paper Hangers of America, District Council No. 9, for the Boroughs of Manhattan, Bronx and Richmond, Who Are Similarly Situated and Who May Come in and Contribute to the Expense of This Action, Appellant, v. EUGENE McNAMARA and PHILIP ZAUSNER, as President and Treasurer, Respectively, of Brotherhood of Painters, Decorators and Paper Hangers of America, District Council No. 9, for the Boroughs of Manhattan, Bronx and Richmond, Respondents.— Order affirmed, with twenty dollars costs and disbursements, without adopting the reasons given by the court at Special Term. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.